ACCEPTED
05-19-00504-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/1/2019 2:54 PM
LISA MATZ
CLERK

## CAUSE NO. DC-18-05484

| | | |
|---|---|---|
| **UNIFIED INVESTIGATIONS & SCIENCES, INC.,** | § § § | **IN THE 101st JUDICIAL** |
| **Plaintiff,** | § § | |
| **vs.** | § § | **DISTRICT COURT OF** |
| **BRAD M. O'NEAL** | § § § | |
| **Defendant.** | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/1/2019 2:54:19 PM
LISA MATZ
Clerk

### AMENDED NOTICE OF APPEAL

Plaintiff Unified Investigations & Sciences, Inc., files this Amended Notice of Appeal, and for same would show:

1.      Plaintiff filed its Notice of Appeal in the trial court and the Fifth District Court of Appeals on April 30, 2019.

2.      The matter from which appeal is sought is pending in the 101st District Court, Dallas County, Texas.

3.      Appeal is taken from the Court denying Plaintiff's Motion to Dismiss under the Texas Citizens Participation Act (the "TCPA").  The motion was denied on April 10, 2019.  TEX. CIV. PRAC. & REM. CODE § 27.005(a), 27.008(a).

4.      Plaintiff invokes the jurisdiction of the appellate court pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §51.014(a)(12).

5.      Plaintiff desires to appeal the order identified in paragraph 3 above.

6.      This appeal will be taken to the Fifth District Court of Appeals located in Dallas, Texas.

7.      This appeal is filed by the Plaintiff.

---

8. As provided under T<small>EX</small>. C<small>IV</small>. P<small>RAC</small>. & R<small>EM</small>. C<small>ODE</small> A<small>NN</small>. §51.014(b), Plaintiff hereby invoke the automatic stay of "all other proceedings in the trial court pending resolution of [this] appeal."

Respectfully submitted,

**ROGGE DUNN**
Texas State Bar No. 06249500
Email: dunn@trialtested.com

**GREGORY M. CLIFT**
Texas State Bar No. 00795835
Email: clift@roggedunngroup.com

**JOHN M. LYNCH**
Texas State Bar No. 24063968
Email: lynch@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
1201 Elm Street, Suite 5200
Dallas, Texas 75270-2142
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record in accordance with the Rules, this 1st day of May, 2019.

Robert K. Radcliff
Scott McFadin
WEISTEIN RADCLIFF PIPKIN LLP
8350 North Central Expressway
Suite 1550
Dallas, Texas 75206

☑ **VIA ECF**
☐ **VIA OVERNIGHT**
☐ **VIA HAND DELIVERY**
☐ **VIA FIRST CLASS MAIL**
☐ **VIA FAX: 214-865-6140**
☐ **VIA EMAIL: RRADCLIFF@WEINRAD.COM**

_____
**GREGORY M. CLIFT**